Order entered December 22, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01510-CV

## IN RE GUARDIANSHIP OF DALTON LEE JONES, AN ALLEGED INCAPACITATED PERSON

**Original Proceeding from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-03569-3**

## ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **DENY** as unnecessary the request for expedited consideration. We **ORDER** relators Reginald Jones and Dr. Kimberly Johnson to bear the costs, if any, of this original proceeding.

/s/    ROBERT M. FILLMORE
       JUSTICE